**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:18-cr-25 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| DEQUAN MALIK GREEN | ) | |
| | ) | Magistrate Judge Christopher H. Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation  (Doc.

22) recommending that the Court:  (1) grant Defendant's motion to withdraw his not guilty plea

as to Count One of the two-count Indictment; (2) accept Defendant's guilty plea as to Count One

of the two-count indictment; (3) adjudicate Defendant guilty of possession of a firearm by an

unlawful user of controlled substances, in violation of 18 U.S.C. § 922(g)(3); and (4) order that

Defendant remain in custody until sentencing in this matter.

Neither party filed a timely objection to the report and recommendation.  After reviewing

the record, the Court agrees with Magistrate Judge Steger's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and

recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the two-count
   Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by an unlawful
   user of controlled substances, in violation of 18 U.S.C. § 922(g)(3); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **October 5, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**